Loretta M. Grubhofer, Respondent, v. State of New York, Appellant. (Claim No. 39093.) — Memorandum by the Court. The court viewed the premises and the award made is within the range of the testimony. We find no reason advanced by appellant which would require reversal. Judgment affirmed, with costs to respondent. Reynolds, J. P., Taylor, Aulisi and Hamm, JJ., concur.

In the Matter of Feliciano J. Scire, Petitioner, v. Board of Regents of the University of the State of New York, Respondent. — Aulisi, J. Proceeding under article 78 of the Civil Practice Law and Rules to review the determination of the Board of Regents revoking petitioner's license to practice medicine. Petitioner was found guilty of "flagrant violation of the Public Health Law * * * and of the ethics and standards of the medical profession" and the proof of his large-scale dealings with, and narcotic prescriptions for drug addicts is shocking. His brief states that "no practical purpose can be served in contesting the finding of guilt and we shall address ourselves only to the question of severity of the penalty". The question of punishment and its mitigation is primarily one for the Board of Regents. (*Matter of Ray* v. *Board of Regents*, 9 A D 2d 560; *Matter of Smigel* v. *Board of Regents*, 15 A D 2d 623.) We find no reason to disturb its action. Determination confirmed, and petition dismissed, without costs. Gibson, P. J., Herlihy, Taylor and Hamm, JJ., concur.